# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
## DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

**DEBRA K. KEMPI**
DISTRICT COURT EXECUTIVE/CLERK

**CYNTHIA K. JENSEN**
CHIEF DEPUTY, LAS VEGAS

11/26/2018

Clerk, U.S. District Court
District of New Mexico

InterdistrictTransfer_NMD@nmd.uscourts.gov

RE:  USA v. Andrew Tre Bettelyoun
     Your Case No. 18-mj-3427
     Our Case No. 2:18-mj-00919-GWF

Dear clerk:

Please be advised that the above-referenced defendant was arrested in the District of Nevada (Las Vegas) on a warrant issued by the _____District of New Mexico_____ and appeared before United States Magistrate Judge __George Foley, Jr.__ on __11/13/2018__.

☑ The Defendant has been detained and remanded to the custody of the United States Marshal for transport.

☐ The Defendant was released on a personal recognizance bond and ordered to appear in your court on _____.

All documents completed in this district may be accessed via PACER and our website at https://ecf.nvd.uscourts.gov.

Thank you.

**DEBRA K. KEMPI, CLERK**
By:

/s/ Shelly Denson
_____
Deputy Clerk


Date Received:_____

Received by:_____

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 2:18-mj-919-GWF |
| ANDREW TRE BETTELYOUN | ) |
| | ) Charging District's |
| *Defendant* | ) Case No. 18-MJ-3427 |

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 13 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of **New Mexico**,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 11/13/2018

_____
*Judge's signature*

GEORGE FOLEY JR., U.S. Magistrate Judge
*Printed name and title*