IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                                    CR NO.   19-216

ANDREW TRE BETTELYOUN,

    Defendant.

## NOTICE OF RELATED CASES

The United States of America, by and through its undersigned counsel, informs the Court that the subject matter in the above-captioned case relates to the following case:

*United States vs. Allister Quintana*, Cr. No. 18-3989 WJ.

The United States hereby represents that the facts, evidence, and witnesses in the listed cases are common to one another.

    Respectfully submitted,

    JOHN C. ANDERSON
    United States Attorney

    s\Electronically Filed 1-30-2019
    JOSEPH M. SPINDLE
    Assistant United States Attorney
    Post Office Box 607
    Albuquerque, New Mexico  87103
    (505) 346-7274

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system, which caused defense counsel to be served by electronic means on, January 30, 2019.

s\Electronically Filed
JOSEPH M. SPINDLE
Assistant United States Attorney