FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 30 2019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                               )<br>         Plaintiff,           )<br>                               )<br>    vs.                        )<br>                               )<br>**ANDREW BETTELYOUN,**         )<br>                               )<br>                               )<br>         Defendant.            ) | CR. No. 19-216 WJ<br><br>18 U.S.C. §§ 1153 and 1201(c):<br>Conspiracy to Commit Kidnapping, an<br>Indian Country Crime. |

# INFORMATION

The United States Attorney charges:

From on or about February 2, 2018, and continuing to on or about February 3, 2018, in Indian Country, in Rio Arriba County, in the District of New Mexico, and elsewhere, the defendant, **ANDREW BETTELYOUN**, an Indian, unlawfully, knowingly and voluntarily combined, conspired, confederated, agreed, and acted interdependently with another person to commit an offense defined in 18 U.S.C. § 1201(a), specifically kidnapping, an Indian Country crime, and committed overt acts in furtherance of said offense.

In violation of 18 U.S.C. §§ 1153 and 1201(c).

JOHN C. ANDERSON
United States Attorney

*/s/ Joseph M. Spindle*

JOSEPH M. SPINDLE
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103-0607
(505) 346-7274